**Order entered April 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00442-CR

**ROCKY MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01315-U**

## ORDER

The Court **REINSTATES** the appeal.

On January 15, 2014, we ordered the trial court to make findings regarding whether appellant is entitled to court-appointed counsel in this appeal from the order denying his motion for post-conviction DNA testing. We **ADOPT** the findings that appellant is entitled to court-appointed counsel and that Catherine Bernhard has been appointed to represent appellant.

We **DIRECT** the Clerk to list Catherine Bernhard as appellant's appointed attorney in this appeal.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the clerk to send copies of this order, by electronic transmission, to Catherine Bernhard and Michael Casillas.

/s/    DAVID EVANS
        JUSTICE